IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOVITO LANDAVERDE and JOSE LANDAVERDE, Individually and On Behalf of All Similarly Situated Persons,<br>    Plaintiff,<br><br>v.<br><br>S.C.C.G., INC., S.C.G.K., INC, S.C.G.M, INC., STAR GILL CINEMA, INC., and UMER F. KHAN, a/k/a OMAR KHAN,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br>CIVIL ACTION NO. 4:19-cv-0591<br><br><br><br><br>JURY DEMANDED |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AND DISMISSAL WITH PREJUDICE**

Plaintiffs Jose and Jovito Landaverde ("Plaintiffs") and Defendants, S.C.C.G., Inc., S.C.G.K., Inc., S.C.G.M, Inc., Star Cinema Grill Inc., and Umer F. Khan, a/k/a Omar Khan ("Defendants") (together, the "Parties"), jointly move for approval of their settlement agreement and dismissal of this lawsuit:

1. On February 20, 2019, Plaintiffs filed this lawsuit against Defendants for overtime pay and associated relief under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA"). *See* Dkt. 1. The case involves 16 construction workers who built and maintained movie theaters for Defendants in the Greater Houston area.

2. Defendants deny that Plaintiffs are entitled to the relief requested.

3. The Parties recognize and agree that a bona fide dispute exists regarding Plaintiffs' claims for unpaid overtime.

4. To avoid further litigation costs, the Parties engaged in detailed, arms' length

1

settlement discussions.

5. The Parties have reached a mutually acceptable resolution of their dispute and agreed to the terms of a Confidential Settlement Agreement and Release ("Confidential Settlement Agreement").

6. At all times throughout the negotiation process, the Parties have been represented by counsel.

7. The Parties agree that the Confidential Settlement Agreement represents a fair and equitable compromise of a bona fide dispute under the FLSA. Under this Agreement, the workers are receiving payment, net of attorney's fees and costs, of approximately 1.25 times their actual damages based on a three-year statute of limitations, paid out over 18 months. *See* 29 U.S.C. §§ 216(b), 255, 260.

8. The Parties request that the Court enter an order approving the Confidential Settlement Agreement and dismiss the lawsuit with prejudice.

Respectfully submitted,

*/s/ Josef F. Buenker*
Josef F. Buenker
Texas Bar No. 03316860
S.D. Tex. No. 11498
jbuenker@buenkerlaw.com
Vijay A. Pattisapu
Texas Bar No. 24083633
S.D. Tex. No. 1829615
vijay@buenkerlaw.com
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388
713-683-9940 (fax)

COUNSEL FOR PLAINTIFFS

*/s/ Ryan O. Cantrell*
Ryan O. Cantrell
Texas Bar No. 24055259
S.D. Tex. No. 612310
ryan.cantrell@chamberlainlaw.com
Kellen R. Scott
Texas Bar No. 24070579
S.D. Tex. No. 1054528
kellen.scott@chamberlainlaw.com
1200 Smith Street, Suite 1400
Houston, Texas 77002
713-658-1818
713-658-2553 (fax)

COUNSEL FOR DEFENDANTS