United States District Court
Southern District of Texas

**ENTERED**
March 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOVITO LANDAVERDE and JOSE LANDAVERDE, Individually and On Behalf of All Similarly Situated Persons,<br>　　　Plaintiff,<br><br>v.<br><br>S.C.C.G., INC., S.C.G.K., INC, S.C.G.M, INC., STAR GILL CINEMA, INC., and UMER F. KHAN, a/k/a OMAR KHAN,<br>　　　Defendants. | §§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:19-cv-0591<br><br><br>JURY DEMANDED |

## ORDER DISMISSING WITH PREJUDICE

Before the Court is the Parties' joint motion for approval of their settlement, which is granted.

This matter is dismissed with prejudice.

Each party shall bear its own costs and fees.

It is SO ORDERED.

Signed in Houston, Texas on _16 March_, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE